St. Joseph Hospital of Cheektowaga et al., Appellants, v Antonia C. Novello, as New York State Health Commissioner, et al., Respondents.

Submitted November 5, 2007; decided November 27, 2007

Reported below, 43 AD3d 139.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

---

Vivian Scarangella et al., Respondents, v Anthony LaBorde, Also Known as Abdul Majid, Appellant.

Submitted October 22, 2007; decided November 27, 2007

Reported below, 2007 NY Slip Op 75179(U).

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

---

In the Matter of John Vassar, an Attorney, Appellant. Grievance Committee for the Second and Eleventh Judicial Districts, Respondent.

Submitted November 13, 2007; decided November 27, 2007

Reported below, 43 AD3d 83.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.